AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>McConnell, Jr., John J. | **2. Court or Organization**<br><br>District of Rhode Island | **3. Date of Report**<br><br>05/13/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer & Board Member | Crossroads Rhode Island |
| 2. | Board Member (resigned 2012) | Roger Williams University |
| 3. | Custodian | Alliance Capital 529 College Fund #2 |
| 4. | Trustee | Trust #1 |
| 5. | Trustee | Trust #2 |
| 6. | Member | Marthas Vineyard Colonial Inn LLC |
| 7. | Board Member | Institute for the Study & Practice of Nonviolence |
| 8. | Board Member | Trinity Repertory Company |
| 9. | Board Member | Downtown Providence Parks Conservancy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/30/03 | Ness Motley, P.A. (n/k/a MRRM, P.A.) Employment and Compensation Agreement (see Section VIII for further details) |
| 2. | 05/13/11 | Assignment of Certain Rights in MRRM, P.A. (see Section VIII for further details) |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

3. 05/13/11      Assignment of Membership Interests in Motley Rice LLC and Mutual Release (see Section VIII for further details)

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2012 | MRRM PA - deferred compensation | $3,031,807.34 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. --Wells Fargo Money Fund | A | Interest | L | T | | | | | |
| 3. --Altera Corporation | A | Dividend | L | T | | | | | |
| 4. --CME Group | | None | K | T | Buy | 12/21/12 | K | | |
| 5. --EMC | | None | K | T | Buy | 12/21/12 | K | | |
| 6. --Elements Rogers Agri Tot Ret | | None | K | T | Sold (part) | 01/19/12 | K | A | |
| 7. --Express Scripts | | None | K | T | Buy | 12/21/12 | K | | |
| 8. --Ishares Barclays TIPS Bond Fund | A | Dividend | | | Sold (part) | 01/19/12 | K | A | |
| 9. --Ishares Barclays TIPS Bond Fund | | None | | | Sold | 09/05/12 | K | B | |
| 10. --Ishares Tr Russell 2000 Index Fd | B | Dividend | M | T | Sold (part) | 01/19/12 | L | A | |
| 11. --Potash Corp of Saskatchewan Inc | | None | K | T | Buy | 12/21/12 | K | | |
| 12. --Powershares DB Agriculture Fund | A | Int./Div. | K | T | Buy | 04/11/12 | K | | |
| 13. --Powershares DB Base Metals Funds | A | Int./Div. | K | T | Buy | 04/11/12 | K | | |
| 14. --Proshares Trust ETF Short 20+ Treasury | | None | K | T | Buy | 04/11/12 | K | | |
| 15. --Qualcomm | B | Dividend | L | T | | | | | |
| 16. --SPDR Barclays Capital 1-3 Month T-Bill | A | Dividend | | | Sold (part) | 01/19/12 | M | A | |
| 17. --SPDR Barclays Capital 1-3 Month T-Bill | | None | | | Sold | 04/11/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SPDR Gold Trust Gold Shares | | None | K | T | Sold (part) | 01/19/12 | J | A | |
| 19. --SPDR S&P Biotech ET | | None | J | T | Buy | 12/21/12 | J | | |
| 20. --SPDR S&P Midcap 400 Trust Series N | A | Dividend | L | T | Sold (part) | 01/19/12 | L | A | |
| 21. --SPDR S&P 500 Trust | B | Dividend | M | T | Sold (part) | 01/19/12 | M | A | |
| 22. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | K | T | Sold (part) | 01/19/12 | K | A | |
| 23. --Vanguard Inflation Protected Securities Fund | A | Dividend | | | Sold (part) | 01/19/12 | K | A | |
| 24. --Vanguard Inflation Protected Securities Fund | | None | | | Sold | 06/27/12 | K | B | |
| 25. --Vanguard Inflation Protected | A | Dividend | | | Buy | 06/27/12 | K | | |
| 26. --Vanguard Inflation Protected | | None | | | Sold | 09/05/12 | K | A | |
| 27. --Vanguard MSCI Emerging Markets | A | Dividend | K | T | Buy | 10/24/12 | K | | |
| 28. --Vanguard MSCI Emerging Markets | | | | | Buy (add'l) | 11/24/12 | K | | |
| 29. --Vanguard S&P 500 | A | Dividend | K | T | Sold (part) | 01/19/12 | K | A | |
| 30. --Vanguard Total Stock Market | A | Dividend | K | T | Sold (part) | 01/19/12 | K | A | |
| 31. --Vanguard Total World Stock Index Fund | B | Dividend | K | T | Sold (part) | 01/19/12 | K | A | |
| 32. --Xilinx | B | Dividend | L | T | | | | | |
| 33. | | | | | | | | | |
| 34. Brokerage Account #2 (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. ▢ Trust #1 (H) | | | | | | | | | |
| 37. --Wells Fargo Money Fund | A | Interest | L | T | | | | | |
| 38. --Altera | A | Dividend | L | T | | | | | |
| 39. --CME Group | | None | K | T | Buy | 12/21/12 | K | | |
| 40. --EMC | | None | K | T | Buy | 12/21/12 | K | | |
| 41. --Elements Rogers Agri Tot Ret | | None | K | T | Buy | 01/19/12 | K | | |
| 42. -- Express Scripts Hldg Co | | None | K | T | Buy | 12/21/12 | K | | |
| 43. --Ishares Barclays Tips Bond Fund | A | Dividend | | | Buy | 01/19/12 | K | | |
| 44. --Ishares Barclays Tips Bond Fund | | None | | | Sold | 09/05/12 | K | B | |
| 45. --Ishares Russell 2000 | B | Dividend | M | T | Buy | 01/19/12 | L | | |
| 46. --Potash Corp of Saskatchwan Inc | | None | K | T | Buy | 12/21/12 | K | | |
| 47. --Powershares DB Agriculture Fund | A | Dividend | K | T | Buy | 04/11/12 | K | | |
| 48. --Powershares DB Base Metals Fund | A | Dividend | K | T | Buy | 04/11/12 | K | | |
| 49. --Proshares Trust Short 20+ Yr Treasury | | None | K | T | Buy | 04/11/12 | K | | |
| 50. --Qualcomm | B | Dividend | M | T | | | | | |
| 51. --SPDR Barclays Capital 1-3 Month T-Bill ETF | | None | | | Buy | 01/19/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --SPDR Barclays Capital 1-3 Month T-Bill ETF | | None | | | Sold | 04/11/12 | M | | |
| 53. --SPDR Gold Trust | | None | K | T | Buy | 01/19/12 | J | | |
| 54. --SPDR S&P 500 Trust | B | Dividend | M | T | Buy | 01/19/12 | M | | |
| 55. --SPDR S&P Biotech | | None | K | T | Buy | 12/21/12 | K | | |
| 56. --SPDR S&P Midcap 400 | A | Dividend | L | T | Buy | 01/19/12 | L | | |
| 57. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | K | T | Buy | 01/19/12 | K | | |
| 58. --Vanguard Inflation Protected Securities Fund | A | Dividend | | | Buy | 01/19/12 | K | | |
| 59. --Vanguard Inflation Protected Securities Fund | | | | | Sold | 06/27/12 | K | A | |
| 60. --Vanguard Inflation Protected | A | Dividend | | | Buy | 06/27/12 | K | | |
| 61. --Vanguard Inflation Protected | | None | | | Sold | 09/05/12 | K | A | |
| 62. --Vanguard MSCI Emerging Markets | A | Dividend | K | T | Buy | 11/14/12 | K | | |
| 63. --Vanguard S&P 500 ETF | A | Dividend | K | T | Buy | 01/19/12 | K | | |
| 64. --Vanguard Total Stock Market ETF | A | Dividend | K | T | Buy | 01/19/12 | K | | |
| 65. --Vanguard Total World Stock Index Fund | B | Dividend | K | T | Buy | 01/19/12 | K | | |
| 66. --Xilinx | B | Dividend | L | T | | | | | |
| 67. | | | | | | | | | |
| 68. ▢ Trust #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Wells Fargo Money Fund | A | Interest | N | T | | | | | |
| 70. --Altera Corp | B | Dividend | M | T | | | | | |
| 71. --CME Group | | None | L | T | Buy | 12/21/12 | L | | |
| 72. --EMC | | None | L | T | Buy | 12/21/12 | L | | |
| 73. --Elements Rogers Agri Tot Ret ETN | | None | L | T | | | | | |
| 74. --Express Scripts Hldg Co | | None | L | T | Buy | 12/21/12 | L | | |
| 75. --Ishares Russell 2000 Index | D | Dividend | N | T | | | | | |
| 76. --Ishares Barclays TIPS Bond fund | B | Dividend | | | Sold | 09/05/12 | L | D | |
| 77. --Potash Corp of Saskatchewan Inc | | None | L | T | Buy | 12/21/12 | L | | |
| 78. --Powershares DB ETF Agriculture Fd | A | Interest | L | T | Buy | 04/11/12 | L | | |
| 79. --Powershares DB Base Metals Funds | A | Interest | K | T | Buy | 04/11/12 | K | | |
| 80. --Proshares Trust Short 20+ Yr Treasury | | None | L | T | Buy | 04/11/12 | L | | |
| 81. --Qualcomm Inc | D | Dividend | N | T | | | | | |
| 82. --SPDR Gold Trust Gold Shares | | None | L | T | | | | | |
| 83. --SPDR S&P Biotech | | None | L | T | Buy | 12/21/12 | L | | |
| 84. --SPDR S&P MidCap 400 | B | Dividend | N | T | | | | | |
| 85. --SPDR S&P 500 Trust ETF | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --SPDR Ser Tr S&P 600 Small Cap ETF | B | Dividend | M | T | | | | | |
| 87. --SPDR Barclays Capital 1-3 Month T-Bill ETF | | None | | | Sold | 04/11/12 | N | | |
| 88. --Vanguard Inflation Protected Securities Fund | A | Dividend | | | Sold | 06/27/12 | L | D | |
| 89. --Vanguard Inflation Protected | A | Dividend | | | Buy | 06/27/12 | L | | |
| 90. --Vanguard Inflation Protected | | | | | Sold | 09/05/12 | L | B | |
| 91. --Vanguard MSCI Emerging Markets | B | Dividend | M | T | Buy | 10/24/12 | L | | |
| 92. --Vanguard MSCI Emerging Markets | | | | | Buy (add'l) | 11/14/12 | L | | |
| 93. --Vanguard S&P 500 ETF | C | Dividend | M | T | | | | | |
| 94. --Vanguard Total Stock Market ETF | C | Dividend | M | T | | | | | |
| 95. --Vanguard Total World ETF Stock Index Fd | C | Dividend | M | T | | | | | |
| 96. --Xilnx Inc | D | Dividend | M | T | | | | | |
| 97. | | | | | | | | | |
| 98. Citizens Bank Accounts (Y) | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. IRA #1 (H) | | | | | | | | | |
| 101. --Wells Fargo Money Fund | A | Interest | K | T | | | | | |
| 102. --CME Group Inc | | None | J | T | Buy | 12/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --EMC Corp Mass | | None | J | T | Buy | 12/21/12 | J | | |
| 104. --Express Scripts Hldg Co | | None | J | T | Buy | 12/21/12 | J | | |
| 105. --ETFS Platinum Trust Shs Ben Int ETF | | None | J | T | | | | | |
| 106. --Ishares Barclays TIPS Bond Fund | A | Dividend | | | Sold | 09/05/12 | J | A | |
| 107. --Ishares NYSE Composite Index | A | Dividend | J | T | | | | | |
| 108. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 109. --Ishares Tr MSCI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 110. --Powershares DB Agriculture Fund ETF | | None | J | T | | | | | |
| 111. --Powershares DB Base Metals Fund ETF | | None | J | T | | | | | |
| 112. -Proshares Trust Short 20+ Yr Treasury | | None | J | T | Buy | 04/11/12 | J | | |
| 113. --Potash Corp of Saskatchewan Inc | | None | J | T | Buy | 12/21/12 | J | | |
| 114. Guggenheim ETF TR S&P 500 Equal Weighted Index Fd fka Rydex | A | Distribution | J | T | | | | | |
| 115. --SPDR Barclays Capital 1-3 Month t-Bill ETF | | None | | | Sold | 04/11/12 | J | | |
| 116. --SPDR Gold Trust | | None | J | T | | | | | |
| 117. --SPDR S&P Biotech | | None | J | T | Buy | 12/21/12 | J | | |
| 118. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 119. --Vanguard Intl Eqty Index Gds GRSE All World Ex US | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 121. --Vanguard MSCI EAFE | A | Dividend | | | Sold | 12/21/12 | J | | |
| 122. --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 123. --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 124. --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 125. --Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 126. --Vanguard Inflation Protected | A | Dividend | | | Buy | 06/27/12 | J | | |
| 127. --Vanguard Inflation Protected | | None | | | Sold | 09/05/12 | J | A | |
| 128. --Vanguard Inflation Protected Securities Fund | A | Dividend | | | Sold | 06/27/12 | J | A | |
| 129. | | | | | | | | | |
| 130. IRA #2 (H) | | | | | | | | | |
| 131. --Wells Fargo Money Fund | A | Interest | K | T | | | | | |
| 132. --ETFS Platinum Trust Shs Ben Int ETF | | None | J | T | | | | | |
| 133. --CME Group Inc | | None | J | T | Buy | 12/21/12 | J | | |
| 134. --EMC Corp Mass | | None | J | T | Buy | 12/21/12 | J | | |
| 135. --Express Scripts Hldg Co | | None | J | T | Buy | 12/21/12 | J | | |
| 136. --Ishares Barclays TIPS Bond Fund | A | Dividend | | | Sold | 09/05/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Ishares NYSE Composite Index | A | Dividend | J | T | | | | | |
| 138. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 139. --Ishares Tr MSCI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 140. --Potash Corp of Saskatchewan Inc | | None | J | T | Buy | 12/21/12 | J | | |
| 141. --Powershares DB Agriculture Fund ETF | A | Int./Div. | J | T | | | | | |
| 142. --Powershares DB Base Metals Fund ETF | A | Int./Div. | J | T | | | | | |
| 143. -Proshares Trust Short 20+ Yr Treasury | | None | J | T | Buy | 04/11/12 | J | | |
| 144. --Guggenheim S&P 500 Equal Wghtd Index fka Rydex | A | Dividend | J | T | | | | | |
| 145. --SPDR Barclays Capital 1-3 Month t-Bill ETF | | None | | | Sold | 04/11/12 | J | | |
| 146. --SPDR S&P Biotech | | None | J | T | Buy | 12/21/12 | J | | |
| 147. --SPDR Gold Trust | | None | J | T | | | | | |
| 148. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 149. --Vanguard Intl Eqty Index Gds GRSE All World Ex US | A | Dividend | J | T | | | | | |
| 150. --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 151. --Vanguard MSCI EAFE | A | Dividend | | | Sold | 12/21/12 | J | | |
| 152. --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 153. --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 155. --Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 156. --Vanguard Inflation Protected | A | Dividend | | | Buy | 06/27/12 | J | | |
| 157. --Vanguard Inflation Protected | | None | | | Sold | 09/05/12 | J | A | |
| 158. --Vanguard Inflation Protected Securities Fund | A | Dividend | | | Sold | 06/27/12 | J | A | |
| 159. | | | | | | | | | |
| 160. IRA #3 (H) | | | | | | | | | |
| 161. Wells Fargo Money Fund | A | Interest | M | T | | | | | |
| 162. --ETFS Platinum Trust Shs Ben Int ETF | | None | K | T | | | | | |
| 163. --CME Group Inc | | None | K | T | Buy | 12/21/12 | K | | |
| 164. --EMC Corp Mass | | None | K | T | Buy | 12/21/12 | K | | |
| 165. --Express Scripts Hldg Co | | None | K | T | Buy | 12/21/12 | K | | |
| 166. --Federated Money Market Tr Govt Obligs Fd Instl | A | Dividend | | | Sold | 08/31/12 | M | A | |
| 167. --Ishares Barclays TIPS Bond Fund | A | Dividend | | | Sold | 09/05/12 | K | C | |
| 168. --Ishares NYSE Composite Index | B | Dividend | L | T | | | | | |
| 169. --Ishares Russell Microcap Index Fund | B | Dividend | L | T | | | | | |
| 170. --Ishares Tr MSCI Emerging Mkts Index Fd | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr., John J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Potash Corp of Saskatchewan Inc | | None | K | T | Buy | 12/21/12 | K | | |
| 172. --Powershares DB Agriculture Fund ETF | | None | K | T | | | | | |
| 173. --Powershares DB Base Metals Fund ETF | A | Dividend | K | T | Buy (add'l) | 04/11/12 | J | | |
| 174. -Proshares Trust Short 20+ Yr Treasury | | None | K | T | | | | | |
| 175. --Guggemheim S&P 500 Equal Weighted Index Fd fka Rydex | B | Dividend | L | T | | | | | |
| 176. --Qualcomm Inc | | None | L | T | Buy | 12/14/12 | K | | |
| 177. --SPDR Gold Trust | | None | K | T | | | | | |
| 178. --SPDR S&P Biotech | | None | K | T | Buy | 12/21/12 | K | | |
| 179. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | L | T | | | | | |
| 180. --Vanguard Intl Eqty Index Fds FTSE All World Ex US | B | Dividend | K | T | | | | | |
| 181. --Vanguard Mid Cap | B | Dividend | L | T | | | | | |
| 182. --Vanguard MSCI EAFE | B | Dividend | | | Sold | 12/21/12 | K | | |
| 183. --Vanguard MSCI Emerging Market | A | Dividend | K | T | Buy | 11/14/12 | K | | |
| 184. --Vanguard Russell 2000 Growth | A | Dividend | L | T | | | | | |
| 185. --Vanguard Russell 2000 Value | B | Dividend | L | T | | | | | |
| 186. --Vanguard S&P 500 | B | Dividend | L | T | | | | | |
| 187. --Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Vanguard Inflation Protected | | None | | | Sold | 09/05/12 | K | A | |
| 189. --Vanguard Inflation Protected | A | Dividend | | | Buy | 06/27/12 | K | | |
| 190. --Vanguard Inflation Protected Securities Fund | A | Dividend | | | Sold | 06/27/12 | K | C | |
| 191. | | | | | | | | | |
| 192. Bank RI Accounts #1 | A | Interest | K | T | | | | | |
| 193. Bank RI Accounts #2 | A | Interest | J | T | | | | | |
| 194. Bank RI Accounts #3 | A | Interest | J | T | | | | | |
| 195. Bank RI Accounts #4 (Y) | | | | | | | | | |
| 196. Bank RI Accounts #6 (Y) | | | | | | | | | |
| 197. Navigant Credit Union | A | Interest | J | T | | | | | |
| 198. | | | | | | | | | |
| 199. Alliance Capital 529 College Fund #2 (H) | | | | | | | | | |
| 200. --CBF Portfolio 1996-98 ALT RA | A | Int./Div. | K | T | | | | | |
| 201. | | | | | | | | | |
| 202. Catalist LLC | | None | K | U | | | | | |
| 203. DSF Capital Partners III LP | D | Distribution | N | U | | | | | |
| 204. DSF Capital Partners IV LP | | None | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. MetLife Universal Life | | None | L | T | | | | | |
| 207. Sun Life Universal Life #1 | | None | N | T | | | | | |
| 208. Sun Life Universal Life #2 | | None | N | T | | | | | |
| 209. Sun Life Universal Life #3 | | None | N | T | | | | | |
| 210. | | | | | | | | | |
| 211. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 212. | | | | | | | | | |
| 213. Motley Rice LLC Employee Retirement Savings Plan (Y) | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. Martha's Vineyard Colonial Inn LLC | D | Interest | P2 | U | | | | | |
| 216. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements

A) Ness Motley, P.A. Employment and Compensation Agreement, dated January 30, 2003 by and between Ness Motley, P.A. (f/k/a Ness, Motley, Loadholt, Richardson & Poole, Professional Association) and its attorney signatories, setting forth the disbursement of net income received by the firm as compensation for services previously rendered.

B) Assignment of Certain Rights in MRRM, P.A., dated May 13, 2011 by and between MRRM, PA and John J. McConnell, Jr. setting forth the assignment of and payment for Other Rights not covered under the January 30, 2003 agreement above.

C) Assignment of Membership Interests in Motley Rice LLC and Mutual Release, dated May 13, 2011 by and between John J. McConnell, Jr and Motley Rice LLC setting forth the assignment of and payment for membership interests and mututal release of certain liaibilities upon resignation of employment by John J. McConnell, Jr.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. McConnell, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544